No. —, original. EX PARTE IN THE MATTER OF WILLIAM LEATHER. February 28, 1927. The motion for leave to file petition for a writ of mandamus herein is denied. *Mr. Oliver J. Cook* for petitioner.

No. —, original. EX PARTE SEMAPHORIC INDICATOR COMPANY ET AL. February 28, 1927. The motion for leave to file petition for a writ of mandamus herein is denied. *Mr. William R. Rummler* for petitioner.

No. —, original. EX PARTE MALLEABLE IRON RANGE COMPANY. February 28, 1927. The motion for leave to file petition for a writ of mandamus herein is denied with-